## *Ex parte* QUACKENBOSS.

Application, under the statute, sess. 24. ch. 30. sect. 7. for *infant trustees* to convey, &c. must be by *petition* and not on motion: And the course is to direct a reference of the petition to the master to examine, and ascertain the facts, and report the same, with his opinion.

*It seems*, that if the trust is not in writing, or the infant has an interest, or if it be a doubtful case, the *cestuy que trust*, will be put to his bill.

*July 9th.*

PETITION of the heirs and devisees of *John P. Quack-enboss*, deceased, stating, that *Isaac Hanson*, in his lifetime, and at the time of his death, held certain lots of land, and also certain *choses in action*, in the petition mentioned, in trust for them, and under an express trust created by deed, and that he died, leaving two infant children. Prayer, that those infant trustees might be directed to convey the land, and assign the securities to the petitioners, &c.

THE CHANCELLOR. This application is under the 7th section of the act of the 24th sess. ch. 30., *concerning idiots, lunatics, and infant trustees*, and which section was copied from the stat. of 7 *Ann.* c. 19. The statute gives

the jurisdiction of the court, by petition ; and Lord *Eldon*, in *Evelyn* v. *Forster*, (8 *Vesey*, 96.) refused to make an order in such a case upon motion merely.   If the trust did not appear in writing, or if the infant had an interest, or if it was a doubtful case, the court has said (*ex parte Vernon*, 2 *P. Wms.* 548., and see also, 2 *Vesey*, 559.) that it would not interfere, even on petition, but would put the *cestuy que trust* to his bill.   In this case it is only necessary to ascertain whether the infants be really trustees within the act, according to the allegation in the petition, and the usual course is to order a Master to inquire and report. This was done in the case *ex parte Vernon*, and also in the cases *ex parte Benton, and ex parte Burton*.   (*Dickens* 394, 395.)

I shall,,accordingly, direct, that the petition be referred to one of the masters of this court, to examine into the matters of fact stated therein, and to report the same, with his opinion thereon, and that he give notice to the guardian or next friend of the infants, of the time and place of such inquiry.

Order accordingly.